OPINION — AG — ** BALLOTING PLACE — ELECTIONEER ** DOES 26 O.S. 436 [26-436] PROHIBIT A PERSON, STATIONED MORE THAN FIFTY BUT LESS THAN THREE HUNDRED FEET FROM AN "ELECTION BOOTH OR BALLOT BOX" WHILE AN ELECTION IS IN PROGRESS FROM HANDLING, WITHOUT COMMENT OF ANY KIND, TO VOTERS AS THEY LEAVE THE POLLS? (A SMALL METAL TAB FOR ATTACHING TO A LAPEL OR DRESS COLLAR OF A AMERICAN FLAG)? — NEGATIVE (CONGREGATE, ELECTION BOOTH, VOTING MACHINE) CITE: 26 O.S. 436 [26-436] (FRED HANSEN)